UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MARILYN LEONES,

       Defendant.

Case No. 4:11-cr-0298-BLW

**AMENDED ORDER
ADOPTING REPORT AND
RECOMMENDATION**

Before the Court is a Report and Recommendation filed by the United States
Magistrate Judge. (Dkt. 199). On December 18, 2012, Defendant Marilyn Leones
appeared before the Magistrate Judge to enter a change of plea pursuant to a written plea
agreement. The Magistrate Judge conducted the plea hearing and concluded there is a
factual basis for Defendant's plea of guilty to the charges contained in Count Two of the
Superseding Indictment (Dkt. 36), and that it was entered voluntarily and with full
knowledge of the consequences. No objections to the Report and Recommendation have
been filed.

The Court now has reviewed the record, and finds that the requirements of Rule 11
have been met. *See United States v. Reyna-Tapia,* 328 F.3d 1114 (9th Cir. 2003).
Specifically, the Court finds that the Magistrate Judge adhered to the requirements of
Rule 11(b); that under Rule 11(b)(2), the Defendant's plea was voluntary and not the

result of force or threats or promises apart from the plea agreement; and that a factual basis for the plea exists.  *See id.*  Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Report and Recommendation (Dkt. 199) shall be, and the same is hereby, ADOPTED as the decision of the District Court and incorporated fully herein by reference.

IT IS FURTHER ORDERED that the Defendant's plea of guilty to the crimes charged in Count Two of the Superseding Indictment (Dkt. 36), shall be, and the same is hereby, ACCEPTED by the Court as a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

IT IS FURTHER ORDERED that Defendant Marilyn Leones is found to be GUILTY as to the applicable crimes charged in the Superseding Indictment. (Dkt. 36).

DATED:  January 25, 2013

B. LYNN WINMILL
Chief U.S. District Court Judge