UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ELDON McCONNELL,<br><br>  Defendant. | Case No. 4:11-CR-298-BLW<br><br>**ORDER** |

Pursuant to the rulings made from the bench at the conclusion of the hearing held December 17, 2013,

NOW THEREFORE IT IS HERBY ORDERED, that the defendant is found competent to stand trial and assist in his own defense under 42 USC § 4241(d).

IT IS FURTHER ORDERED, that trial shall be set for **January 2, 2014,** at 1:30 p.m. in the Federal Courthouse in Pocatello Idaho.

DATED: December 20, 2013

B. Lynn Winmill
Chief Judge
United States District Court